FILED
LAL
FEB 1 5 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NP

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ANTJUAN MEDLEY, a Minor by )
his mother and next best )
friend, DIANE MEDLEY, )
)
Plaintiff, )
)
vs. )
)
TWO UNKNOWN CHICAGO POLICE )
OFFICERS, )
)
Defendants. )

**05C 0923**

JUDGE

MAGISTRATE JUDGE JOAN H. LEFKOW

JURY DEMAND
MAGISTRATE JUDGE DENLOW

## COMPLAINT AT LAW

NOW COMES the plaintiff, ANTJUAN MEDLEY, a Minor, by his mother and next best friend, DIANE MEDLEY, through his attorney, MICHAEL D. ROBBINS, and in complaining of defendants, TWO UNKNOWN CHICAGO POLICE OFFICERS, states as follows:

### COUNT I

### (DEPRIVATION OF CIVIL RIGHTS, EXCESSIVE FORCE)

1.    This is an action for civil damages brought pursuant to 42 U.S.C. Sec. 1983 for the deprivation of plaintiff's constitutional rights. This court has jurisdiction under 28 U.S.C. Sec. 1331 and 1343.

2.    Defendants, TWO UNKNOWN CHICAGO POLICE OFFICERS, are, and at all times material hereto were, sworn Chicago Police Officers employed by the City of Chicago acting in the capacity of sworn law enforcement officials.

3.    Plaintiff ANTJUAN MEDLEY is a 16 year old minor who at all times relevant hereto was living in the Northern District of

1

Illinois.

4. On August 10, 2004, at approximately 5:00 p.m, the plaintiff was at home asleep in his family's apartment located at 1313 S. Independence, 2-West, Chicago, Illinois. Defendants knocked on the door to plaintiff's residence and forced their way into the apartment demanding to know the whereabouts of the minor plaintiff. The plaintiff's sister informed the defendant officers that the plaintiff was in his bedroom, asleep.

5. The defendant officers entered the plaintiff's bedroom and closed the door. The defendant officers began questioning the minor plaintiff regarding some lost police equipment. When the minor plaintiff denied knowing where the equipment was, the defendant officers began punching and kicking the minor plaintiff about the head and body.

6. The minor plaintiff began yelling and pleading for the defendant officers to stop beating him, which pleas were heard by the plaintiff's sister, who was in an adjacent room.

7. Following the beating the plaintiff was placed in handcuffs and dragged out of his residence and placed into a squad car, where he was forcibly taken to another location.

8. As a direct and proximate cause of the wrongful acts of defendants, minor plaintiff ANTJUAN MEDLEY suffered physical injuries, including a ruptured ear drum, as well as psychological injuries, as a consequence of which he has endured great pain and suffering.

9. The acts of the defendant officers were a deliberate and

2

malicious deprivation of plaintiff's Constitutional rights as guaranteed to the plaintiff by the Fourth Amendment to the Constitution, as made applicable to the states by the Fourteenth Amendment.

WHEREFORE, plaintiff, ANTJUAN MEDLEY, a Minor, by his mother and next best friend, DIANE MEDLEY, asks judgment against defendants in a sum sufficient to compensate the plaintiff for his injuries, together with an award of reasonable attorneys fees and the cost of this action.

### COUNT II

### (DEPRIVATION OF CIVIL RIGHTS, FALSE ARREST)

10.   Plaintiff realleges paragraphs 1 through 9, as if fully set forth at this point.

11.   At the aforesaid time and place, the defendant UNKNOWN CHICAGO POLICE OFFICERS forcibly entered the plaintiff's residence without a warrant, arrested the plaintiff and forced him to accompany them while he was handcuffed, in the complete absence of any probable or reason to believe the minor plaintiff had committed any criminal offense.

12.   After his illegal arrest and detention, the minor plaintiff was released without any criminal charges having been placed against him.

WHEREFORE, plaintiff, ANTJUAN MEDLEY, a Minor, by his mother

3

and next best friend, DIANE MEDLEY, asks judgment against defendants in a sum sufficient to compensate the plaintiff for his injuries, together with an award of reasonable attorneys fees and the cost of this action.

### COUNT III

### (BATTERY)

13. Plaintiff realleges paragraphs 2 through 8 of Count I, as if fully set forth at this point.

14. The defendant officers struck and beat the minor plaintiff without any provocation or lawful justification and thereby committed a battery on the minor plaintiff.

15. The unlawful conduct of the defendant officers proximately caused great bodily harm and psychological injuries to the minor plaintiff.

WHEREFORE, plaintiff, ANTJUAN MEDLEY, a Minor, by his mother and next best friend, DIANE MEDLEY, asks judgment against defendants in a sum sufficient to compensate the plaintiff for his injuries.

### COUNT IV

### (FALSE IMPRISONMENT)

16. Plaintiff realleges paragraphs 2 through 7 of Count I and paragraph 11 through 12 of Count II, as if fully set forth at

4

this point.

17. The defendant officers arrested and detained the minor plaintiff without service of process or lawful justification, thereby falsely imprisoning the minor plaintiff.

18. The unlawful conduct of the defendant officers proximately caused physical an mental injuries and anguish to the minor plaintiff.

WHEREFORE, plaintiff, ANTJUAN MEDLEY, a Minor, by his mother and next best friend, DIANE MEDLEY, asks judgment against defendants in a sum sufficient to compensate the plaintiff for his injuries.

Respectfully submitted,

MICHAEL D. ROBBINS
Attorney for Plaintiff
Antjuan Medley, a Minor by his
Mother and next best friend,
Diane Medley

MICHAEL D. ROBBINS
Attorney for Plaintiff
150 N. Wacker Dr., Suite 2460
Chicago, Illinois 60606
(312) 899-8000

5