FILED

DEC 07 2006

MAGISTRATE JUDGE
MORTON DENLOW

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ANTJUAN MEDLEY, a Minor by )
his mother and next best friend, )
DIANE MEDLEY, and DIANE MEDLEY, )
)
Plaintiffs, )
) No. 05 C 923
vs. )
) Magistrate Judge Schenkier
CHICAGO POLICE OFFICER )
THOMAS BEYNA, STAR NUMBER 7207, )
)
Defendants. )

## RELEASE AND SETTLEMENT AGREEMENT

Plaintiffs, Antjuan Medley, a Minor by his mother and next best friend, Diane Medley and Diane Medley,[1] by their attorney, Michael D. Robbins, and the City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and defendant Thomas Beyna by his attorney, Geri Lynn Yanow, Assistant Corporation Counsel, herein stipulate and agree to the following:

1.    This action has been brought by plaintiffs, Antjuan Medley, a Minor by his mother and next best friend, Diane Medley and Diane Medley against defendant, Thomas Beyna, and makes certain allegations contained in plaintiffs' second amended complaint.

2.    Defendant denies each and every allegation of wrongdoing as stated in plaintiffs' second amended complaint, and, further, denies liability.

3.    The parties and their respective attorneys acknowledge that settlement of this claim is not an admission of liability, or of unconstitutional or illegal conduct by or on the part of any defendant and/or the City of Chicago and/or its future, current or former officers, agents and employees, and shall not serve as evidence or notice of any wrongdoing by or on the part of any defendant and/or the City of Chicago and/or its future, current or former officers, agents and employees.    The parties and their respective attorneys further

---

[1]    Antjuan Medley is no longer a minor.

acknowledge that settlement is made to avoid the uncertainty of the outcome of litigation and the expense in time and money of further litigation and for the purpose of judicial economy. Plaintiffs and their attorney agree that they or any firm with which said attorney is affiliated or with which said attorney may later become affiliated shall not use this settlement as notice of misconduct on the part of any defendant and/or the City of Chicago and/or its future, current or former officers, agents and employees, or for any other purpose in any other litigation, and that any such use is inconsistent with the terms of this Release and Settlement Agreement.

4.      In consideration of this settlement entered pursuant to this Release and Settlement Agreement, and upon advice of counsel, plaintiffs, Antjuan Medley, a Minor by his mother and next best friend, Diane Medley and Diane Medley agree to dismiss with prejudice all of their claims against defendant, Thomas Beyna, with each side bearing its own costs and attorneys' fees.

5.      Plaintiffs, Antjuan Medley, a Minor by his mother and next best friend, Diane Medley and Diane Medley, accept a settlement from the City of Chicago, in the total amount of TWENTY FIVE THOUSAND AND NO/100 ($25,000.00) DOLLARS, with each side bearing its own costs and attorneys' fees.

6.      The City of Chicago agrees to pay plaintiffs the total settlement amount within sixty (60) days after receipt by the Corporation Counsel's Office of a file-stamped copy of the Agreed Order of Dismissal. This sum shall be payable solely by the City of Chicago, and plaintiffs and/or their attorney agree that they will not seek payment from any source other than the City of Chicago. The settlement check will be made payable to plaintiffs, attorney, and lien claimants, if any, of which the City has notice.

7.     In consideration of this settlement entered pursuant to this Release and Settlement Agreement, and upon advice of counsel, plaintiffs agree to indemnify and hold harmless the City of Chicago, and its future, current or former officers, agents and employees including, but not limited to, defendant, Thomas Beyna, from any claims, losses, damages or expenses, including attorneys' fees and costs, incurred, or which may be incurred, by reason of any lien or any other claim or interest held by any person, entity or corporation against any moneys received or to be received by plaintiffs under the settlement entered pursuant to this Release and Settlement Agreement.

8.     Plaintiffs, upon advice of counsel, understand and agree that in consideration of the settlement entered pursuant to this Release and Settlement Agreement, plaintiffs do hereby release and forever discharge on behalf of themselves and their heirs, executors, administrators and assigns, all claims they had or have against defendant, Thomas Beyna, and the City of Chicago, and its future, current, or former officers, agents and employees, including but not limited to all claims they had, have or may have in the future, under local, state, or federal law, arising either directly or indirectly out of the incident which was the basis for this litigation, and that such release and discharge also is applicable to any and all unnamed and/or unserved defendants.

9.     This Release and Settlement Agreement and any documents that may be executed under paragraph 12 herein contain the entire agreement between the parties with regard to the settlement of this action, and shall be binding upon and inure to the benefit of the parties hereto, jointly and severally, and the heirs, executors, administrators, personal representatives, successors, and assigns of each.

10.    This Release and Settlement Agreement is entered into in the State of Illinois and shall be construed and interpreted in accordance with its laws. Terms contained herein shall not be construed against a party merely because that party is or was the principal drafter.

11.    In entering into this Release and Settlement Agreement, plaintiffs represent that they have relied upon the advice of their attorney, who is the attorney of their own choice, and that the terms of this Release and Settlement Agreement have been interpreted, completely read and explained to them by their attorney, and that those terms are fully understood and voluntarily accepted by plaintiffs. Plaintiffs also represent and warrant that no other person or entity has or has had any interest in the claims or causes of action referred to herein, that they and their attorney have the sole right and exclusive authority to execute this Release and Settlement Agreement and receive the sums specified herein, and that they have not sold, assigned, transferred, conveyed, or otherwise disposed of any of the claims or causes of action referred to herein.

12. All parties agree to cooperate fully and to execute a Stipulation to Dismiss and any and all supplementary documents and to take all additional actions which are consistent with and which may be necessary or appropriate to give full force and effect to the basic terms and intent of this Release and Settlement Agreement.

Antjuan Medley, plaintiff

Address: 1313 S. Independence
Chgo Il. 60623

Date of birth: 7/2/88

*SSN:

Diane Medley, plaintiff

Address: 1313 S. Independence
Chgo Il. 60623

Date of birth: 3/25/63

*SSN: 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

Michael D. Robbins
Attorney for plaintiffs,
Antjuan Medley and Diane Medley
150 North Wacker Drive, Suite 2460
Chicago, Illinois 60606
(312) 899-8000
Attorney No. 2350394

DATE: 11/8/06

City of Chicago
a Municipal Corporation

Mara S. Georges
Corporation Counsel
Attorney for City of Chicago

By:
Jeffrey N. Given
Chief Assistant Corporation Counsel
30 North LaSalle Street
Suite 1600
Chicago, Illinois 60602
(312) 744-9210
Attorney No. 06184989

DATE:

Geri Lynn Yanow
Assistant Corporation Counsel
Attorney for defendant
Thomas Beyna
30 North LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 744-2837
Attorney No. 06198618

DATE: 11/16/06

*Providing SSN is voluntary

IN THE UNITED STATES DISTRICT COURT